FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -vs-<br><br>LEE ERIC ADAMS,<br><br>                Defendant. | No.   2:17-CR-0096-WFN-1<br><br>ORDER DISMISSING INDICTMENT<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

A pretrial conference and motion hearing was held January 30, 2018. The Defendant, who is in custody, was present and represented by Andrea George; Assistant United States Attorney James Goeke represented the Government.

The Court addressed the Government's oral motion to dismiss in the interests of justice. The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Government's oral motion to dismiss is **GRANTED**.

2. The Indictment is **DISMISSED without prejudice**.

3. The proceedings against Defendant have concluded. The writ is terminated; Defendant shall be returned to state custody.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Marshals Service**--action required**.

**DATED** this 30th day of January, 2018.

                                        s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
                          SENIOR UNITED STATES DISTRICT JUDGE

01-30-18

ORDER - 1